UNITED STATES, Appellee

v

EUGENE G. GRAAN, Private,
U. S. Marine Corps, Appellant

18 USCMA 586, 40 CMR 298

*Lieutenant Norman A. Wulf*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Captain William S. Foss*, USMCR, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The scrutiny given the providence of the appellant's plea of guilty to the offenses charged is not so dif-

ferent from that found in United States v Care, 18 USCMA 535, 40 CMR 247, as to require a different result. While the law officer did not announce each element of desertion, he did, on the other hand, draw from Graan the acknowledgment that defense counsel had explained each separate element. However, the procedure followed in this case would not meet the standard that must apply to cases tried thirty days after the decision in United States v Care, supra.

Accordingly, the decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I dissent. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.